UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 23 P 12: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------------------------------X
                                     :

D.N. KELLEY & SON, INC.,             :

                 Plaintiff,      :

vs.                                 :     CIVIL ACTION NO.

                                 :

F/V RESILIENCE (*ex* F/V BULLWINKLE):   :
(O.N. No. 660487), her engines, tackle, apparel,  :  **03  12503RWZ**
appurtenances, etc., *in rem,*           :

                               :

             Defendant.     :    **ORDER FOR APPOINTMENT**
                               :    **OF SUBSTITUTE CUSTODIAN**
------------------------------------------------------------X

     This Court has reviewed plaintiff's *Ex Parte* Motion for Appointment of a Substitute

Custodian and supporting affidavit. Upon consideration thereof, this Court has determined that

the conditions for appointment of a substitute custodian exist pursuant to the terms of Rule E(4)

of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of

Civil Procedure. Accordingly, it is hereby:

     ***ORDERED***, that the United States Marshal for the District of Massachusetts be, and is

hereby authorized and directed upon arrest of defendant vessel F/V RESILIENCE (*ex* F/V

BULLWINKLE)(O.N. No. 660487), her engines, tackle, apparel, furniture, equipment, rigging,

fishing licenses, fishing history and all other necessaries appurtenant thereto and belonging

(hereinafter referred to as "Vessel"), pursuant to the *In Rem* Warrant of Arrest, to surrender the

possession thereof to the substitute custodian named herein, and that upon such surrender the

Marshals Service shall be discharged from its duties and responsibilities for the safekeeping of

-1-

said Vessel and held harmless from any and all claims arising whatever out of said substitute custodian's possession and safekeeping of the Vessel; it is further

*ORDERED*, that D.N. Kelley & Son, Inc., 32 Water Street, Fairhaven, Massachusetts be, and is hereby appointed the substitute custodian of said Vessel to retain the same in its custody for possession and safekeeping until further order of this Court; it is further

*ORDERED*, that the substitute custodian may from time to time come before this Court and suggest other matters it might undertake for the reasonable safekeeping, security and preservation of said Vessel; it is further

*ORDERED*, that as outlined in the custodian's affidavit, all expenses incurred by the substitute custodian for upland storage and/or wharfage, insurance, safekeeping and preservation of defendant Vessel shall be deemed *in custodia legis* expenses of the United States Marshal; and it is further

*ORDERED*, that plaintiff's attorney shall serve a copy of this Order upon the owner of defendant Vessel.

Dated at Boston, Massachusetts on this 23d day of December, 2003.

_____
United States District Judge

Submitted by:
Andrew B. Saunders
(BBO # 560645)
Saunders & Michaud, LLP
700 Pleasant Street
New Bedford, MA  02740
Tel. (508) 999-0600
Fax (508) 999-5400

-2-