U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: D.N. Kelley + Son, Inc. | COURT CASE NUMBER: 03-12593 RWZ |
| DEFENDANT: F/V Resilience | TYPE OF PROCESS: In Rem Arrest Warrant / Vessel |

SERVE: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
F/V Resilience (Ex: F/V Bullwinkle) (O.N. 660487) as currently located

AT: ADDRESS — on land at D.N. Kelley + Son, Inc., 32 Water St., Fairhaven, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
Attorney Andrew B. Saunders  
Saunders + Michaud, LLP  
700 Pleasant Street  
New Bedford, MA 02740

Number of process to be served with this Form - 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:  
Plaintiff is also seeking Order to be appointed Substitute Custodian during the pendency of this action. Service is available during normal business hours. Vessel is currently located at Plaintiff's facility in Fairhaven, MA. Any questions should be directed to Attorney Andrew B. Saunders (cell # 508-264-6230).

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: 508 999-0600 / 508 264-6230 (cell)  
DATE: 2/22/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.  
Total Process: 1  
District of Origin No. 38  
District to Serve No. 38  
Signature of Authorized USMS Deputy or Clerk: Nancy Telaniere  
Date: 12/23/03

I hereby certify and return that I ☒ have executed as shown in "Remarks", the process described...

Name and title of individual served: Kevin McLaughlin, DN Kelley + Sons

Date of Service: 14/3/03  Time: 10:00 pm

Service Fee: 96—  
Total Mileage Charges (including endeavors): 68 miles  
Total Charges: 111.60

REMARKS: 2hr 60 / 1 DUSM 2 hrs (served/seized)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*IN REM* **WARRANT OF ARREST**             CIVIL ACTION NO.

***THE PRESIDENT OF THE UNITED STATES OF AMERICA:***

To the Marshal of the District of Massachusetts or his deputies:

**GREETINGS:**                                        03  12503 RWZ

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court entitled:

D.N. Kelley & Son, Inc.
Plaintiff,

vs.

F/V Resilience (*ex* F/V Bullwinkle)(O.N. No. 660487)
Her Engines, Tackle, Apparel, and Appurtenances, Etc., *In Rem*
Defendant.

on the 22nd day of December, 2003, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach defendant vessel F/V RESILIENCE (*ex* F/V BULLWINKLE (O.N. No. 660487), her engines, tackle, apparel, furniture, equipment, rigging, fishing licenses, fishing history and all other necessaries appurtenant thereto, now located within his District at D.N. Kelley & Son, Inc., 32 Water Street, Fairhaven, Massachusetts, or any other location within the District of Massachusetts, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts on this 22nd day of December, 2003.

By Order:

*Kimberly M. Abaid*
By: Deputy Clerk

Note: **Any claimant of the property seized shall file his/her claim within ten(10) days after the Warrant has been executed, and shall serve his/her answer within twenty (20) days after filing of the claim.**