AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

D. N. KELLEY & SON, INC.

V.

F/V RESILIENCE (EX F/V BULLWINKLE)
(O.N. 660487)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12593 RWZ

FILED IN CLERKS OFFICE
2004 JAN 14 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

WAYNE E. FRYE, JR.   (AS OWNER OF ABOVE VESSEL)
60 SEAVIEW AVE.
FAIRHAVEN, MA   02719

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY ANDREW B. SAUNDERS
SAUNDERS & MICHAUD, LLP
700 PLEASANT STREET
NEW BEDFORD, MA   02740

an answer to the complaint which is served on you with this summons, within ___20 DAYS___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  12/23/03

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/8/04 |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Owner of Defendant Vessel accepted Service of Process in accordance with Rule 4(d) of the Rules of Civil Procedure. See "Acceptance of Service of Process Rule 4(d) of 94" Executed by Wayne E. Page, Jr.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/04
             Date            Signature of Server

Andrew B. Saunders
BBO# 560645
Counsel for Plaintiff
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Wayne E. Page Jr.  1-8-04