UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
:
D.N. KELLEY & SON, INC.,                                    :
:
                          Plaintiff,                        :
vs.                                                         :   CIVIL ACTION NO.
:
F/V RESILIENCE (*ex* F/V BULLWINKLE)                        :
(O.N. No. 660487), her engines, tackle, apparel,            :
appurtenances, etc., *in rem*,                              :
:
                          Defendant.                        :
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
2004 JAN 14 P 12: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ACCEPTANCE OF SERVICE OF PROCESS
## RULE 4(d) & 84

I, Wayne E. Frye, Jr., accept service of process pursuant to Rule 4(d) and Rule 84 for the Federal Rules of Civil Procedure on behalf of the owner of the F/V Resilience. I acknowledge receipt of the following documents:

| | | |
|---|---|---|
| (1) | 12/22/03 | Verified Complaint in Admiralty |
| (2) | 12/22/03 | Ex Parte Motion for *In Rem* Arrest |
| (3) | 12/22/03 | Order for *In Rem* Arrest |
| (4) | 12/22/03 | *In Rem* Warrant of Arrest |
| (5) | 12/22/03 | Ex Parte Motion for the Appointment of A Substitute Custodian |
| (6) | 12/22/03 | Affidavit of the Substitute Custodian |
| (7) | 12/22/03 | Process Receipt and Return |

_____
Wayne E. Frye, Jr.

Dated: January 8, 2004