UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X
:
D.N. KELLEY & SON, INC.,                               :
:
              Plaintiff,             :
vs.                                                    :   CIVIL ACTION NO. 03 12593RWZ
:
F/V RESILIENCE (*ex* F/V BULLWINKLE)                   :
(O.N. No. 660487), her engines, tackle, apparel,       :   **PLAINTIFF'S MOTION TO**
appurtenances, etc., *in rem*,                         :   **DISMISS F.R.C.P. RULE 41(a)(1)(i)**
:   **(WITHOUT PREJUDICE**
:
              Defendant.             :
:
-------------------------------------------------------X

      Now comes the Plaintiff and moves pursuant to Rule 41(a)(1)(i) to request this Honorable Court dismiss the instant action without prejudice.

                                              Respectfully submitted,

                                              D.N. KELLEY & SON, INC.,,
                                              By its attorneys,

                                              SAUNDERS & MICHAUD, LLP

                                              Andrew B. Saunders
                                              700 Pleasant Street
                                              New Bedford, MA  02740
                                              Tel. (508) 999-0600
                                              Fax (508) 999-5400
                                              BBO # 560645