UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

D.N. KELLEY & SON, INC.,

                Plaintiff,

vs.                                                                CIVIL ACTION NO. 03 12593RWZ

F/V RESILIENCE (*ex* F/V BULLWINKLE)
(O.N. No. 660487), her engines, tackle, apparel,        **ORDER OF DISMISSAL**
appurtenances, etc., *in rem*,

                Defendant.

-----------------------------------------------------------X

The Plaintiff, having filed a Voluntary Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(i) seeking the dismissal of the instant action, without prejudice, it is hereby ORDERED that the instant action be dismissed without prejudice and without costs.

Dated: 2/27/04                                    _____