UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
:
D.N. KELLEY & SON, INC.,                                   :
                                                           :
                        Plaintiff,                         :
vs.                                                        :   CIVIL ACTION NO. 03 12593RWZ
                                                           :
F/V RESILIENCE (*ex* F/V BULLWINKLE)                       :
(O.N. No. 660487), her engines, tackle, apparel,           :   **PLAINTIFF'S STIPULATION
appurtenances, etc., *in rem*,                             :   OF VOLUNTARY RELEASE OF
                                                           :   F/V RESILIENCE FROM THE
                                                           :   CUSTODY OF THIS COURT**
                        Defendant.                         :
                                                           :
-----------------------------------------------------------X

     Now comes the Plaintiff and stipulates pursuant to Rule E(e) of the Supplemental Rules for certain Admiralty and Maritime claims that the *in rem* Defendant, (which is currently in the custody of this Court at the request of the Plaintiff), may be released forthwith upon the Marshal's acceptance and approval of this Stipulation.

     The Plaintiff further states that it has also been appointed the Substitute Custodian of the F/V Resilience and stipulates that all costs and charges of the Substitute Custodian have been satisfied in full.

                                                                 Respectfully submitted,

                                                                 D.N. KELLEY & SON, INC.
                                                                 By its attorneys,

                                                                SAUNDERS & MICHAUD, LLP

                                                                Andrew B. Saunders
                                                                700 Pleasant Street
                                                                New Bedford, MA 02740
                                                                Tel. (508) 999-0600
                                                                Fax (508) 999-5400
                                                                BBO # 560645