UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X
:
D.N. KELLEY & SON, INC.,                                   :
:
               Plaintiff,                 :
:
vs.                                                        :   CIVIL ACTION NO. 03 12593RWZ
:
F/V RESILIENCE (*ex* F/V BULLWINKLE)                       :
(O.N. No. 660487), her engines, tackle, apparel,           :   **ORDER OF RELEASE**
appurtenances, etc., *in rem*,                             :
:
:
               Defendant.                 :
:
-----------------------------------------------------------X

The Plaintiff, having filed a Stipulation of Release on the F/V Resilience stating that:

Plaintiff assents to the Release of the F/V Resilience from the custody of this Court; and

Further that the cost of the Substitute Custodian have been paid in full,

IT IS HEREBY ORDERED that the Defendant Vessel F/V Resilience (ex-F/V Bullwinkle) her engines, tackle, apparel, appurtenances, etc., *in rem*, are hereby released from the custody of this Court.

Dated:  2/27/04                              _____