U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| D.N. Kelley + Son, INC | 03-12593 RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V Resilience | ~~Arrest of~~ Vessel |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Plaintiff/Custodian Seeks Release from Custody
See, Orders of Zobel J. 2/27/04

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 508 999-0600
DATE: 2/27/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/1/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Released by Court Order 2/27/04 /s/

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*March 2, 2004 (1:08pm)*

I, ANTHONY DICHIO, United States Marshal for the District of Massachusetts, hereby certify and return that on this date I have delivered F/V RESILIENCE to WAYNE E. FRYE, JR.

```
                                          _____
                                                ANTHONY DICHIO
                                          UNITED STATES MARSHAL
                                          BY: _____
                                                Deputy U.S. Marshal
```

I, *Wayne E Frye Jr*, hereby certify that on this date I received from ANTHONY DICHIO, United States Marshal for the District of Massachusetts, the F/V RESILIENCE.



U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*March 2, 2004 (1:09pm)*

D.N. KELLEY & SON, INC.                                    CV-03-12593-RWZ

    VS.

F/V RESILIENCE (ex F/V BULLWINKLE) (O.N.660487), her
engines, tackle and equipment, apparel, appurtenances, etc., *in rem*.

    Claimant: <u>F/V RESILIENCE /WAYNE E. FRYE, JR.</u>

    To: <u>D.N. KELLEY & SON, INC.</u> Keepers and Custodians
    in charge of the: <u>F/V RESILIENCE,</u> herein seized.

    You will release from seizure and deliver to the Claimant the
    <u>F/V RESILIENCE</u> herein seized.

                                       ANTHONY DICHIO
                                       United States Marshal
                                       District of Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X

D.N. KELLEY & SON, INC.

                      Plaintiff,

vs.                                                           CIVIL ACTION NO. 03-12593RWZ

F/V RESILIENCE (*ex* F/V BULLWINKLE)
(O.N. No. 660487), her engines, tackle, apparel,    **ORDER OF RELEASE**
appurtenances, etc., *in rem*,

                      Defendant.

------------------------------------------------------------X

The Plaintiff, having filed a Stipulation of Release on the F/V Resilience stating that:

Plaintiff assents to the Release of the F/V Resilience from the custody of this Court; and

Further that the cost of the Substitute Custodian have been paid in full,

IT IS HEREBY ORDERED that the Defendant Vessel F/V Resilience (ex-F/V Bullwinkle) her engines, tackle, apparel, appurtenances, etc., *in rem*, are hereby released from the custody of this Court.

Dated: 2/27/04

Arrestpleadings-forms/d.n.kelley-order.of.release

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

NO. 03cv12593-RWZ

## WARRANT TO DELIVER

To the Marshal of our District of Massachusetts or either of her Deputies:

WHEREAS a __COMPLAINT__ was filed in this Court against the

__F/V RESILIENCE (ex F/V BULLWINKLE)__

and WHEREAS the United States Marshal seized said vessel on process issued out of this Court on __DECEMBER 23__, 2003; and

WHEREAS __said vessel F/V RESILIENCE (ex BULLWINKLE) was seized.__

IT IS HEREBY ORDERED that said __F/V RESILIENCE (ex BULLWINKLE)__ be returned to the party from whom taken.

Dated at Boston, Massachusetts, this 27th day of February, 2004

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

SEAL

(Warrant to Deliver.wpd - 12/98)                                    [warrdeliver.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------X

D.N. KELLEY & SON, INC.,

                      Plaintiff,

vs.                                                  CIVIL ACTION NO. 03-12593RWZ

F/V RESILIENCE (*ex* F/V BULLWINKLE)
(O.N. No. 660487), her engines, tackle, apparel,    **ORDER OF DISMISSAL**
appurtenances, etc., *in rem*,

                      Defendant.

-------------------------------------------------------- X

The Plaintiff, having filed a Voluntary Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(i) seeking the dismissal of the instant action, without prejudice, it is hereby ORDERED that the instant action be dismissed without prejudice and without costs.

Dated: 7/27/04

Arrestpleadings-forms/d.n.kelley-order.of.dismissal